Margaretta Wetherill Wallace and Others, as Executors, etc., Appellants, v.

Charles W. Diehl and Others, Respondents. Susan D. Edson, Appellant.— Motion to resettle order denied, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.